# E. A. Gardner, Appellee, v. Helen Kohs, Appellant.
## Gen. No. 45,506.

John Marshall Dahlberg, for appellant; Ferlic and Gannon, for appellee; Frank J. Ferlic, and Joseph D. Gannon, of counsel. Opinion by Justice Feinberg. **Not to be published in full.** Opinion filed March 19, 1952; released for publication April 25, 1952.